**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WAZEE STREET OPPORTUNITIES FUND IV LP, *et al.*,

Plaintiffs,

v.

THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,

Defendants.

Civil Action No. 2:18-cv-3478-NIQA

**MOTION TO DISMISS BY THE U.S. DEPARTMENT OF THE TREASURY**

Defendant the U.S. Department of the Treasury ("Treasury") hereby respectfully moves to dismiss with prejudice Plaintiffs' Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds in support of this motion are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Dated: November 16, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar No. 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
919 East Main Street, Suite 1900
Richmond, VA 23219
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for the U.S.*
*Department of the Treasury*