# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAZEE STREET OPPORTUNITIES FUND IV LP,** *et al.* | : : | **CIVIL ACTION** |
| Plaintiffs | : : | **NO. 18-3478** |
| v. | : : | |
| **THE FEDERAL HOUSING FINANCE AGENCY,** *et al.* | : : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 20th day of July 2020, in light of the United States Supreme Court's recent grant of certiorari in the matter of *Collins v. Mnuchin,* 938 F.3d 553 (5th Cir. 2019), it is hereby **ORDERED** that this matter is **STAYED** pending the Supreme Court's disposition of the *Collins* matter.  The Clerk of Court is directed to place this matter in **CIVIL SUSPENSE** until further Order of this Court.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*