**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WAZEE STREET OPPORTUNITIES FUND IV LP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE FEDERAL HOUSING FINANCE AGENCY, et al.,<br><br>Defendants. | Case No. 2:18-cv-3478 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 and this Court's order of May 10, Plaintiffs Douglas Whitley and Lisa Brown hereby dismiss their claims in this case with prejudice. This dismissal does not apply to Plaintiff Wazee Street Opportunities Fund IV LP, which is separately represented and continuing to pursue its claims.

Date: June 17, 2024

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: */s/ Eric L. Zagar*
Eric L. Zagar, Esquire
P.A. 76596
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

*Counsel for Plaintiffs*

OF COUNSEL:

**BOIES SCHILLER FLEXNER LLP**
Hamish P.M. Hume
Samuel C. Kaplan

1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2024, I electronically filed the foregoing Notice of Voluntary Dimissal with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Eric L. Zagar
Eric L. Zagar, Esquire
P.A. 76596
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com