# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAZEE STREET OPPORTUNITIES** | : | **CIVIL ACTION** |
| **FUND IV LP,** *et al.* | : | |
| Plaintiffs | : | **NO. 18-3478** |
| | : | |
| **v.** | : | |
| | : | |
| **THE FEDERAL HOUSING** | : | |
| **FINANCE AGENCY,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 17th day of June 2024, upon consideration of Plaintiff Wazee Street Opportunities Fund IV LP's ("Plaintiff Wazee Street") unopposed *motion for extension of time to amended complaint*, (ECF 52), and for good cause shown, it is hereby **ORDERED** that Plaintiff Wazee Street's motion is **GRANTED**. Accordingly, Plaintiff Wazee Street has until July 1, 2024, to either file an amended complaint or voluntarily dismiss this action with prejudice.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*