# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAZEE STREET OPPORTUNITIES FUND IV LP,** | : | **CIVIL ACTION** |
| Plaintiff | : | **NO. 18-3478** |
| | : | |
| v. | : | |
| | : | |
| **THE FEDERAL HOUSING FINANCE AGENCY,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 14th day of April 2025, upon consideration of Plaintiff Wazee Street Opportunities Fund IV LP's ("Plaintiff") *motion for leave to amend complaint*, (ECF 58), and the responses in opposition filed by Defendant Federal Housing Finance Agency, (ECF 61), and Defendant Department of the Treasury, (ECF 62), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion to amend is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*