IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

WAZEE STREET OPPORTUNITIES FUND IV LP,

                Plaintiff,

-vs-

THE FEDERAL HOUSING FINANCE AGENCY, *et al.*,

                Defendants.

NO. 2:18-CV-03478-NIQA

**PLAINTIFF'S RESPONSE TO THE COURT'S RULE TO SHOW CAUSE ORDER**

Pursuant to this Court's Rule To Show Cause Order, Plaintiff submits this response "addressing whether this matter should be dismissed." Doc. 66. On April 14, the Court denied Plaintiff's motion for leave to amend its complaint "on the basis of undue delay," Doc. 64 at 6-9, and on the basis that "Plaintiff's proposed amendments" would be "futile," *id.* at 9-14. Given this ruling, with which Plaintiff respectfully disagrees, Plaintiff agrees that this matter should be dismissed so that Plaintiff may pursue its appellate rights with respect to the Court's decision.

Dated: April 28, 2025

                Respectfully Submitted,

              */s/ Douglas J. McGill*
              Douglas J. McGill
              WEBBER MCGILL LLC
              100 E. Hanover Avenue,
              Suite 401
              Cedar Knolls, NJ 07927
              973-739-9550
              dmcgill@webbermcgill.com

David H. Thompson*
Brian W. Barnes*
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
dthompson@cooperkirk.com
bbarnes@cooperkirk.com

*Admitted *pro hac vice*

*Counsel for Wazee Street Opportunities Fund IV LP*